**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEE ANN SINCAVAGE, as Personal**
**Representative of the Estate of**
**STAFF SERGEANT JOHN L.**
**SINCAVAGE, Deceased,**

      Plaintiff(s),

v.                                                                  CASE NO: 8:03-cv-549-T-30TBM

**BOMBARDIER, INC., et al.,**

      Defendants.
_____/

### ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on January 19, 2005, regarding the above-styled case. In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1)   This case is dismissed.

2)   All pending motions are denied as moot.

3)   The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-549.dismissal.wpd*